# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEATHER GARCIA, INDIVIDUALLY ) <br> AND AS HEIR TO ANTONIO GARCIA, JR., ) <br> AND MIDWEST TRUST COMPANY ) <br> AS THE ADMINISTRATOR OF THE ESTATE ) <br> OF ANTONIO GARCIA, JR. ) <br> AND ON BEHALF OF ALL HEIRS OF ) <br> ANTONIO GARCIA, JR. ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> CITY OF LEAVENWORTH, KANSAS ) <br> and MATTHEW HARRINGTON, ) <br> ) <br> **Defendants.** ) | Case No. 2:19-CV-02049-JAR-KGG |

## ORDER APPROVING MINOR SETTLEMENT

Now on this 4th day of November, 2019 comes on for hearing the Joint Motion of the parties for the approval of a proposed Settlement of the Minor Heirs of Antonio Garcia, Jr., G.G. and D.G., with Defendants in this matter.

The minors appear by and through their mother and Next Friend, Heather Garcia, and their attorney John Cusick.  The Defendant City of Leavenworth, Kansas appears by and through its attorney Michael K. Seck.  The Defendant Matthew Harrington appears by and through his attorney Morgan Roach.

Thereupon, the Court having reviewed the pleadings, proposed Structured Settlement documents and other exhibits and hearing testimony of witnesses and statements of counsel, finds as follows:

1. This Court has personal and subject matter jurisdiction over the parties and the claims.

2. That the parties have reached a settlement of all claims of the minors, G.G. and D.G. payable as follows:

(a) The Defendants, through their insurance carrier Atlantic Specialty Insurance Company, shall purchase a structured settlement annuity in the amount of Fifty Thousand Dollars and no One Hundred ($50,000.00) from **Pacific Life and Annuity Services, Inc.,** to fund a structured settlement for the benefit of G.G.; and

(b) Payment to Heather Garcia on behalf of G.G. in the amount of Two Thousand Six Hundred Fifty-Seven Dollars and Forty-Four Cents ($2,657.44) to be placed in an interest-bearing insured savings account on behalf of G.G. and utilized for the reasonable living expenses of G.G.; and

(c) The Defendants, through their insurance carrier Atlantic Specialty Insurance Company, shall purchase a structured settlement annuity in the amount of Fifty Thousand Dollars and no One Hundred ($50,000.00) from **Pacific Life and Annuity Services, Inc.,** to fund a structured settlement for the benefit of D.G.; and

(d) Payment to Heather Garcia on behalf of D.G. in the amount of Two Thousand Six Hundred Fifty-Seven Dollars and Forty-Four Cents ($2,657.44) to be placed in an interest-bearing insured savings account on behalf of D.G. and utilized for the reasonable living expenses of D.G

3. That any and all past and/or future expenses and/or medical liens for the minor heirs arising out of or relating to the cause of action alleged in Plaintiffs' Complaint shall be the sole responsibility of the Plaintiffs.

4. That any and all known or unknown claims of any kind against the Defendants and/or their insurer arising out of and relating to the cause of action alleged in Plaintiffs' Complaint are to be dismissed with prejudice as part of the settlement.

WHEREFORE, based on the foregoing, the Court orders as follows:

5. Atlantic Specialty Insurance Company, on behalf of the Defendants, shall fund the future periodic payments as provided by, and in accordance with, the terms and conditions of the Settlement Agreement and General Release of All Claims.

6. The obligation to make the periodic payments, as shown in the Settlement Agreement and General Release of All Claims, may be assigned within the meaning of Section 130(c) of the Internal Revenue Code of 1986, as amended, to Pacific Life Insurance Company ("Pacific Life and Annuity Services, Inc." and/or the "Assignee").  The Assignee may fund the periodic payment obligation through the purchase of an annuity policy from Pacific Life Insurance Company.

7. Each party shall bear her/its own costs and attorneys' fees.

8. Any and all past and/or future medical expenses and/or liens for the minor heirs arising out of or relating to the cause of action alleged in Plaintiffs' Complaint shall be the responsibility of the Plaintiffs.

9. Any and all known or unknown claims of any kind against the Defendants and their insurer, arising out of or relating to the cause of action alleged in Plaintiffs' Complaint shall be barred and this matter shall be dismissed with prejudice.

10. The Court enters judgment on behalf of the minor heirs, G.G. and D.G. and against the Defendants.

**IT IS SO ORDERED.**

Dated:  November 4, 2019

         s/  Julie A. Robinson
District Court Judge Julie A. Robinson

Respectfully submitted and approved by,

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS  66210
(913) 339-6757 / Fax : (913) 339-6187
mseck@fisherpatterson.com
**ATTORNEY FOR DEFENDANT
CITY OF LEAVENWORTH, KANSAS**

{O0352016}  4

/s/ Morgan Roach
Jeff S. Kratofil
Morgan Roach
McCauley & Roach, LLC
527 W. 39th Street, Suite 200
Kansas City, MO 64111
(816) 523-1700
jeff@mccauleyroach.com
morgan@mccauleyroach.com
**ATTORNEYS FOR DEFENDANT**
**MATTHEW HARRINGTON**


/s/ John M. Cusick
Kenneth E. Barnes
John M. Cusick
Kyle S. Belew
Barnes Law Firm, LLC
919 W. 47th Street
Kansas City, MO 64112-1225
816-221-4321/F: 816-471-4321
kbarnes@law4321.com
jcusick@law4321.com
kbelew@law4321.com
**ATTORNEYS FOR PLAINTIFF**